UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23-cv-104-MOC
(3:20-cr-415-MOC-WCM-1)

| | |
|---|---|
| CARISSA EUGENIA BROWN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**THIS MATTER** is before the Court *sua sponte*.

The undersigned hereby holds this action pursuant to 28 U.S.C. § 2255 in abeyance until the undersigned is no longer a party in Case No. 3:22-cv-617-KDB-DCK.

The Petitioner shall file a Notice in this Court, within 10 days after a Judgment is entered in Case No. 3:22-cv-617-KDB-DCK, notifying the Court that the instant case is ready to proceed. The Petitioner is cautioned that, if she fails to comply with this Order, this case may be dismissed for lack of prosecution.[1]

**IT IS, THEREFORE, ORDERED** that:

1. This case is **STAYED** pending the Court's issuance of a Judgment in Case No. 3:22-cv-617-KDB-DCK.

2. The Petitioner shall have **ten (10) days** following the Court's issuance of its Judgment in Case No. 3:22-cv-617-KDB-DCK to file a Notice in this Court

---

[1] Moreover, it appears that the Petitioner's address may have changed and that she has failed to update her address with the Court. It is Petitioner's responsibility to keep the Court apprised of her current address at all times. The failure to do so may result in this case's dismissal for lack of prosecution.

1

informing the Court that this case is ready to proceed.  Should the Petitioner fail to do so, this case may be dismissed for lack of prosecution.

The Clerk is respectfully instructed to mail the Petitioner a copy of this Order at her address of record as well as at 11520 Whimbrel Court, Charlotte, NC 28278.

**IT IS SO ORDERED**.

Signed: May 8, 2023

Max O. Cogburn Jr
United States District Judge