# United States District Court
## Western District of North Carolina
<span style="color:red">Divisional Office</span> **Division**

| | | |
|---|---|---|
| **Carissa Eugenia Brown ,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 3:23-cv-00104-MOC |
| | ) | 3:20-cr-00415-MOC-WCM-1 |
| vs. | ) | |
| | ) | |
| **USA ,** | ) | |
| Respondent(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 2, 2023 Order.

August 2, 2023

Katherine Hord Simon, Clerk
United States District Court